IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-cr-117 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| JERRAUN D. PARKER, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On January 17, 2018, the Court entered a Preliminary Order of Forfeiture, finding that any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense charged in Count 1 of the Information, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation had been forfeited to the United States under 21 U.S.C. § 853(a)(1) and (2).

Specifically, the Court found that the following property (hereinafter the "subject property") had been forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2):

    a.    $925.00 in United States Currency;

    b.    Apple iPhone Model A1549, FCCID BCG-E2816A, IMEI 359235066406314;

    c.    LG cell phone Model LS450, FCCID 7NFLS450, SN 609CQZP0462285 with a cracked screen; and

    d.    83 rounds of .357 ammunition.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

On March 29, 2019, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 18, 2018.

The United States did not send direct written notice of the Preliminary Order of Forfeiture as there were no persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 21 U.S.C. § 853(a)(1) and (2) and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: ~~FFO~~ June 11, 2012

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE